# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2453

_____

MYRON R. DAVIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 17, 2024

PER CURIAM.

DISMISSED. *Sherrod v. Franza*, 427 So. 2d 161, 164 (Fla. 1983); *Barstad v. State*, 925 So. 2d 1135 (Fla. 5th DCA 2006).

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Myron R. Davis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.